# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

**SEALED**

| | |
|---|---|
| United States of America<br>v.<br><br>MATTHEW FRAZIER<br><br>*Defendant(s)* | Case No.<br><br>1:18-mj-0089 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 13, 2018** in the county of **Marion** in the **Southern** District of **Indiana**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Celia A. Wright, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/29/2018

_____
*Judge's signature*

City and state: Indianapolis, Indiana

Mark J. Dinsmore, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

**AFFIDAVIT IN SUPPORT OF**
**CRIMINAL COMPLAINT**

I, Special Agent Celia A. Wright, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I make this affidavit from personal knowledge based on my participation in this investigation, including witness interviews by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or facts of which I am aware of relating to this investigation.

2. I am currently a criminal investigator (Special Agent) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been employed as such for approximately three (3) years. I have been involved in numerous firearm and narcotics investigations and have been the affiant on numerous federal search warrants and federal criminal complaints. I have had training at Federal Law Enforcement Training Center (FLETC) in the Criminal Investigator Training Program and ATF Special Agent Basic Training. I also have three (3) years of experience as a math teacher and obtained a bachelor's degree in mathematics and master's degree in administration and leadership.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, officers, informants, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

1

## **PROBABLE CAUSE**

4.      ATF is conducting a criminal investigation concerning Matthew Frazier (FRAZIER), B/M, DOB XX/XX/1989, for a violation of 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm) among other potential state and federal criminal violations.

5.      On January 15, 2018, I reviewed an Indianapolis Metropolitan Police Department (IMPD) report regarding the January 13, 2018, IMPD traffic stop near the intersection of 3800 Bennett Drive and 5700 38th Street in Indianapolis, Indiana (within the Southern District of Indiana). The following is a brief summary of those events based upon my review of the IMPD reports and consultation with the officers involved.

6.      On January 13, 2018, at approximately 6:42 p.m., IMPD Officer Nicholas Snow, while in a fully marked police vehicle and in full police uniform, observed a white Chevrolet Monte Carlo, license plate 987LVC, with only one operational headlight. Officer Snow then observed the vehicle fail to signal a lane change 200 feet prior to changing lanes and initiated a traffic stop. Upon approaching the vehicle, Officer Snow detected the odor, which he believed through his training and experience as a police officer in Indiana[1] to be raw marijuana, emitting from the vehicle. Officer Snow identified three (3) occupants of the vehicle, including FRAZIER, the rear seat passenger. (The two other vehicle occupants were the driver and front seat passenger, identities known to me.)

7.      Officer Snow asked the driver and front seat passenger to get out of the vehicle. After they did so, Officer Snow observed FRAZIER move his hands to his waistband. Officer Snow asked FRAZIER to get out of the vehicle. FRAZIER complied, and Officer Snow placed him into

---

[1] Officer Snow has been a police officer in Indiana, with training and experience in narcotics and firearms interdiction, since approximately 2012.

handcuffs. Officer Snow observed a bulge in the front portion of FRAZIER's waistband where he (FRAZIER) was reaching. Officer Snow lifted FRAZIER's shirt and located a medical tube containing a green leafy substance, which he believed through his training and experience to be raw marijuana. Officer Snow located a black digital scale in FRAZIER's back right pocket, a red metal "grinder" (drug paraphernalia) in FRAZIER's front left pocket, and two (2) bags of suspected marijuana in FRAZIER's front right pocket.

8. After Officer Snow searched the front portion of the vehicle, he moved to the rear passenger compartment of the vehicle, where he located a blue jacket. Officer Snow had seen the jacket wrapped around FRAZIER upon his initial approach to the vehicle. Officer Snow located a clear pill bottle with a yellow lid, containing suspected marijuana, in a pocket of the jacket. In the left outside pocket of the jacket, Officer Snow located a Walther P22, .22 caliber, black handgun, with serial number L318464.

9. At this time, Officer Snow contacted an ATF firearm liaison to respond to the scene. IMPD gun liaison Officer Pankonie responded to the scene and took photos of the interior and exterior of the vehicle. Officer Pankonie also processed the firearm for DNA and fingerprints, and cleared the firearm which was loaded with seven (7) live .22 caliber rounds in the magazine and one (1) live .22 caliber round in the chamber.

10. Officer Pankonie conducted recorded, Mirandized interviews with each occupant of the vehicle. All three denied possessing the firearm. FRAZIER stated that the only things on scene that belonged to him were the clothes that he was wearing.

11. When Officer Snow resumed searching, he located a red and black backpack in the trunk of the vehicle, which contained an envelope from Marion County Child Support Division, addressed to FRAZIER. Under the envelope, inside the backpack, was a glass mason jar with

3

suspected marijuana. Also in the backpack was a clear plastic bag containing multiple clear plastic bags, which Officer Snow knew through his training and experience to be used by drug traffickers to package drugs for resale.

12. On or about January 15, 2018, I obtained FRAZIER's Computerized Criminal History (CCH), and discovered the following felony convictions punishable by more than one year imprisonment:

    a. In or around August 2010, FRAZIER was convicted in the Marion Superior Court of one (1) felony count of alteration of a handgun, Cause Number 49G50-0903-FC-034525.

    b. In or around March 2008, FRAZIER was convicted in the Marion Superior Court of one (1) felony count of possession of cocaine, Cause Number 49G02-0712-FC-257988.

13. On January 25, 2018, SA Wright contacted ATF Interstate Nexus Expert SA Eric Jensen regarding the above-described Walther, .22 caliber pistol. SA Jensen advised, based upon the verbal and written descriptions provided and without physically examining the firearm, that the Walther pistol was a firearm as defined by 18 U.S.C. § 921, and had been manufactured outside of the State of Indiana after 1898.

## CONCLUSION

14.     Based on the facts set forth herein, I respectfully submit that probable cause exists to believe that on or about January 13, 2018, Matthew FRAZIER, B/M, DOB XX/XX/1989, having been previously convicted of a crime punishable by more than one year imprisonment, did knowingly possess a firearm, to wit: a Walther, P22 model, .22 caliber pistol, with serial number L318464, that had moved in interstate or foreign commerce, in violation of 18 U.S.C. § 922(g)(1).

_____
Special Agent Celia A. Wright
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to and subscribed before me this 29th day of January, 2018.

_____
The Honorable Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

5