18 FEB 14  PM 5: 15

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. |
| | ) | |
| MATTHEW FRAZIER, | ) | 1:18-cr-0039 TWP -TAB |
| | ) | |
| Defendant. | ) | |

## **INDICTMENT**

### COUNT 1
[ Convicted Felon in Possession of a Firearm – 18 U.S.C. § 922(g)(1) ]

The Grand Jury charges that:

On or about January 13, 2018, in the Southern District of Indiana, Indianapolis Division, the Defendant, MATTHEW FRAZIER, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year,

To wit: Carrying a Handgun Without a License, in Marion County, Indiana,

Superior Court, on or about August 11, 2010; and, Possession of Cocaine, in

Marion County, Indiana, Superior Court, on or about March 26, 2008,

Did knowingly possess a firearm, to wit: a Walther, Model P22, .22 caliber pistol, serial number L318464, said firearm having been shipped and transported in interstate and foreign commerce,

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

1.      The allegations in Count One of this Indictment are re-alleged as if fully set forth here, for the purpose of giving the defendant notice of the United States' intent to seek forfeiture pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

2.      If convicted of the offense set forth in Count One of this Indictment, MATTHEW FRAZIER shall also forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the offense of which he is convicted.

A TRUE BILL:

FOREPERSON

JOSH J. MINKLER
United States Attorney

By:

M. Kendra Klump
Assistant United States Attorney

2